**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


IN RE: PETITION FOR PERMISSION TO    :   No. 172 MM 2017
IMPANEL FOURTH INDICTING GRAND    :
JURY    :
   :


## ORDER


**PER CURIAM**

    **AND NOW**, this 7th day of December, 2017, the Petition for Permission to Impanel Fourth Indicting Grand Jury is GRANTED.